Opinion filed January 30, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed January 30,
2009  

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00024-CV

                                                    __________

 

                        CLYDE RICHARD WOOLFOLK, JR., Appellant

 

                                                             V.

 

                                 SUSAN
GAYE WOOLFOLK, Appellee

 



 

                                         On
Appeal from the 367th District Court

 

                                                         Denton
County, Texas

 

                                           Trial
Court Cause No. 2006-50735-367

 



 

                                             M
E M O R A N D U M   O P I N I O N

The
parties have filed in this court a joint motion to dismiss the appeal.  The
motion is granted, and the appeal is dismissed.

 

PER CURIAM

 

January 30, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.